IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2205 -AP

Kristina A. Kent,

    Plaintiff,

v.

Carolyn Colvin, Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

*Pro Se* Plaintiff:
Kristina A. Kent
1466 Capulin Drive
Loveland, Colorado 80538
(970) 690-9549

For Defendant:

John F. Walsh
United States Attorney

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel

J.B. García
Assistant United States Attorney
District of Colorado

Social Security Administration
1961 Stout Street, 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: August 16, 2013

    B.    Date Complaint Was Served on U.S. Attorney's Office: August 23, 2013

    C.    Date Answer and Administrative Record Were Filed: October 21, 2013

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

8. BRIEFING SCHEDULE

Due to Defendant's case load, the parties respectfully request the following briefing schedule, which is outside of the 40 day standard briefing schedule:

    A.    Plaintiff's Opening Brief Due: December 31, 2013

    B.    Defendant's Response Brief Due: January 30, 2014

    C.    Plaintiff's Reply Brief (If Any) Due: February 14, 2014

9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    Plaintiff's Statement:
    B.    Defendant's Statement: Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 5th day of November, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/(signature page attached)
Kristina Kent
1466 Capulin Drive
Loveland, CO 80538

*Pro Se* Plaintiff

/s/Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1961 Stout Street, 4169
Denver, Colorado 80294-4003
stephanie.kiley@ssa.gov

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 4th day of November 2013.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Kristina Kent
Kristina Kent
1466 Capulin Drive
Loveland, CO 80538

*Pro Se* Plaintiff

UNITED STATES ATTORNEY

/s/Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1961 Stout Street, 4169
Denver, Colorado 80294-4003
stephanie.kiley@ssa.gov

- 3 -