IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-2205-AP**

**KRISTINA ANNE KENT,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Motion to Dismiss (doc. #18), filed December 9, 2013, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: January 8, 2014.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT